**91–1793.** Harris v. Atlas Single Ply Sys., Inc. *Guernsey County*, No. 90CA32. On motion for leave to file *amicus* and to participate in oral argument of Ohio State Building and Construction

Trades Council. Motion for *amicus* granted. Leave to participate is denied unless time is made available by one of the parties pursuant to Supreme Court Rules of Practice VII(5).

DOUGLAS and RESNICK, JJ., would grant leave to participate in oral argument.

WRIGHT, J., not participating.